**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   BILL LEWIS,                              No. C 06-02315 CRB
12           Plaintiff,                       **ORDER OF DISMISSAL**
13      v.
14   JOHN E. POTTER,
15           Defendant.
                                        /
16
17       The parties hereto, by their counsel, having advised the Court that they have agreed to a
18   settlement of this case,
19       IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided,
20   however, that if any party hereto shall certify to this Court, within thirty days, with proof of service
21   of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been
22   delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to
23   the calendar to be set for trial.
24
25   Dated: September 20, 2006          _____
26                                      CHARLES  R. BREYER
                                        UNITED STATES DISTRICT JUDGE
27
28