1  has not demonstrated that he was induced by fraud to enter into the settlement agreement or
2  that the termination of Mr. Griffins' employment in June 2007 rather than October 2006 is a
3  material fact that renders the settlement void.

4  **IT IS SO ORDERED.**

6  Dated: December 5, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE